```
McGREGOR W. SCOTT
United States Attorney
MARY L. GRAD
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  916-554-2763
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-06-187-DFL |
| ) | |
| Plaintiff, ) | MOTION AND ORDER |
| ) | DISMISSING INDICTMENT |
| v. ) | |
| ) | |
| IDA MARTINEZ, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The United States of America, by and through its undersigned attorney, Mary L. Grad, Assistant United States Attorney, respectfully requests that this Court dismiss without prejudice the above-captioned Indictment, filed April 27, 2006 against defendant IDA MARTINEZ.

This motion is made pursuant to the provisions of Rule 48(a) of the Federal Rules of Criminal Procedure.

```
DATED: August 3, 2006              McGREGOR W. SCOTT
                                   United States Attorney


                                   By /s/ Mary L. Grad
                                   MARY L. GRAD
                                   Assistant U.S. Attorney
```

1  O R D E R

2     It is ordered that the above-captioned Indictment in CR-S-
3  06-187 be and is hereby dismissed without prejudice against IDA
4  MARTINEZ.

6  DATED: 8/3/2006

            _____
            DAVID F. LEVI
            United States District Judge