```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MARY L. GRAD
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  916-554-2763
 5
 6
 7
 8             IN THE UNITED STATES DISTRICT COURT FOR THE
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )    CR. NO. S-06-187-DFL
                                   )
12          Plaintiff,             )    MOTION AND ORDER
                                   )    DISMISSING INDICTMENT
13      v.                         )
                                   )
14  IDA MARTINEZ,                  )
                                   )
15          Defendant.             )
    ───────────────────────────────)
16
17      The United States of America, by and through its undersigned
18  attorney, Mary L. Grad, Assistant United States Attorney,
19  respectfully requests that this Court dismiss without prejudice
20  the above-captioned Indictment, filed April 27, 2006 against
21  defendant IDA MARTINEZ.
22      This motion is made pursuant to the provisions of Rule 48(a)
23  of the Federal Rules of Criminal Procedure.
24
    DATED: August 3, 2006            McGREGOR W. SCOTT
25                                   United States Attorney
26
27                                   By /s/ Mary L. Grad
                                     MARY L. GRAD
28                                   Assistant U.S. Attorney
```

1

O R D E R

It is ordered that the above-captioned Indictment in CR-S-06-187 be and is hereby dismissed without prejudice against IDA MARTINEZ.

DATED: 8/3/2006

_____
DAVID F. LEVI
United States District Judge